IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICKI C. SANDERS**                                                     **PLAINTIFF**

v.                      No. 3:21-cv-11-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                          **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 22*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Sanders's complaint will therefore be dismissed with prejudice and the ALJ's decision will be affirmed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2022