# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICKI C. SANDERS**                                                      **PLAINTIFF**

v.                                       No. 3:21-cv-11-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANTS**

## JUDGMENT

Sanders's complaint is dismissed with prejudice. The Commissioner's decision is affirmed.

_____
D.P. Marshall Jr.
United States District Judge

_4 March 2022_